AO91 (Rev. 12/03)   Criminal Complaint      Felony         AUSA

United States District Court
Southern District of Texas
FILED

DEC 19 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Mauricio Uriel MANZANO-Alcala | Case Number: B-19-mj-1308 |
| A213 166 362  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 18, 2019 in Cameron County, in the Southern District Of Texas defendant(s) the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)/(b)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents responding to a request for assistance from Brownsville Police Department near Brownsville, Texas on December 18, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 24, 2019. The defendant was convicted of Possession of Marijuana on June 7, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant had $23 United States dollars in his possession at time of his arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

_____
Signature of Complainant

Imbacuan, Gilbert    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 19, 2019                                    at    Brownsville, Texas
Date                                                       City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge             Title of Judge                Signature of Judge